**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| KENNETH T. DARPOH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EXPERIAN INFORMATION | ) | CASE NO. __24 Civ. 4412___ |
| SOLUTIONS, INC.; | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| _____ | ) | |

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S**
**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Experian Information

Solutions, Inc. ("Experian") hereby files this Notice of Removal of the above-captioned action to

this Court on the following grounds:

1.      Experian is a named Defendant in Index No. 011590/2024 filed by Plaintiff

Kenneth T. Darpoh ("Plaintiff") in the Civil Court of the City of New York, County of Queens

(the "State Court Action").

2.      The Complaint in the State Court Action was filed with the Clerk of the Civil

Court of the City of New York, County of Queens on May 7, 2024.

3.      This Notice is being filed with this Court within thirty (30) days after Experian

received a copy of Plaintiff's initial pleading on May 23, 2024 setting forth the claims for relief

upon which Plaintiff's action is based.

4.      This Court is the proper district court for removal because the State Court Action

is pending within this district.

5.      Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Experian in the State Court Action is attached hereto as **Exhibit A**.

6.      Experian is a corporation which, for monetary fees, regularly engages in whole or in part in the practice of assembling consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties.  Experian uses means or facilities of interstate commerce for the purpose of preparing or furnishing consumer reports, and therefore is a "consumer reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

7.      The claims for relief against Experian alleged in the State Court Action arise under the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.*  Thus, this Court has original subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.  The above-captioned action may properly be removed to this United States District Court pursuant to 28 U.S.C. § 1441(a).

8.      Promptly after the filing of this Notice of Removal, Experian shall provide notice of the removal to Plaintiff through his attorney of record in the State Court Action, and shall file a copy of this Notice with the clerk of the court in the State Court Action, as required by 28 U.S.C. § 1446(d).

Dated: June 21, 2024                              Respectfully submitted,


By:     */s/ Brett M. Weinstein*
        Brett M. Weinstein
        JONES DAY
        250 Vesey Street
        New York, New York 10281
        Telephone: (212) 326-7854

        *Attorney for Defendant*
        *Experian Information Solutions, Inc.*