**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KENNETH T. DARPOH,<br><br>                             Plaintiff,<br><br>          v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                             Defendant. | CASE NO. 1:24-cv-04412-BMC<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff KENNETH T. DARPOH ("Plaintiff") by and through his undersigned counsel,

hereby notifies the Court that the parties have reached a settlement in principle, and that the parties

anticipate filing a Stipulation of Dismissal with prejudice pursuant to FRCP 41(a) within sixty (60)

days.

Dated: Brooklyn, New York
       July 17, 2024

                              LAW OFFICES OF STUART WERBIN
                              *Attorneys for Plaintiff*

                              By:  s/ *Stuart D. Werbin*
                                   Stuart D. Werbin, Esq.
                                   1620 Avenue I, Suite 119
                                   Brooklyn, NY 11230
                                   Tel (646) 942-7464
                                   werbinlaw@gmail.com